IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

      Plaintiff,                      No. CIV S-04-0413 MCE KJM P

    vs.

R. McKEAN, et al.,                  ORDER

      Defendants.

                             /

        Plaintiff requests an extension of time to complete discovery. Defendants have not filed an opposition. Good cause appearing, IT IS HEREBY ORDERED that the March 18, 2005 scheduling order is amended as follows:

        1. Discovery will close on February 15, 2006. The parties are reminded that all requests for discovery must be served no later than sixty days prior to that date;

        2. All pretrial motions must be filed by April 15, 2006;

        3. Plaintiff's pretrial statement is due July 15, 2006, defendants' pretrial statement is due fifteen days after service of plaintiff's;

/////

/////

1

Case 2:04-cv-00413-MCE-KJM   Document 39   Filed 10/11/05   Page 2 of 2

1      4. Pretrial conference will be held, on the file only, on August 15, 2006; and

2      5. Jury trial is set before Judge England on November 13, 2006 at 9:00 a.m.

3  DATED: October 7, 2005.

_____
UNITED STATES MAGISTRATE JUDGE

10    [1] dave0413.41a

2