IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| MICHAEL DAVENPORT, | 2:04-CV-0413 MCE KJM P |
|---|---|
| Plaintiff, | **ORDER GRANTING SECOND REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES TO INTERROGATORIES AND ADMISSIONS** |
| v. | |
| R. McKEAN, et al., | |
| Defendants. | |

The Court, having considered Defendants' request for a second extension of time to serve responses to Plaintiff's first set of interrogatories and admissions to the genuineness of documents, and good cause having been found:

**IT IS HEREBY ORDERED**: Defendants shall be granted a second extension of time, to and including April 5, 2006, to complete and serve responses to Plaintiff's first set of interrogatories and requests for admissions.  No further extensions of time will be granted.

Dated: March 10, 2006.

_____
UNITED STATES MAGISTRATE JUDGE