IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVENPORT,<br><br>                        Plaintiff,<br><br>    v.<br><br>R. McKEAN, et al.,<br><br>                      Defendants. | 2:04-CV-0413 MCE KJM P<br><br>**ORDER RE: THIRD REQUEST FOR EXTENSION OF TIME TO SERVE RESPONSES OF DEFENDANT BRAIDA TO INTERROGATORIES** |

       The court, having considered defendants' request for a third extension of time to serve defendant Braida's responses to plaintiff's first set of interrogatories, including counsel's acknowledgment of the court's prior order and the extraordinary circumstances leading to the request, and good cause having been found:

       **IT IS HEREBY ORDERED** that defendants' request for a third extension of time is granted in part. Within twenty days of this order defendant Braida shall complete and serve responses to plaintiff's first set of interrogatories. If counsel is unable to locate defendant Braida, counsel shall file a motion to withdraw as counsel of record for defendant Braida within thirty days of this order.

Dated: April 12, 2006.

                                                                     _____
UNITED STATES MAGISTRATE JUDGE