IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

        Plaintiff,                   No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

        Defendants.             <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding pro se and in forma pauperis with an action filed under 42 U.S.C. § 1983. Plaintiff seeks leave to file a supplemental complaint. Plaintiff's request will be denied as Local Rule 15-220 requires that all pleadings be complete without reference to any prior pleadings.

        On March 10, 2006, plaintiff filed a request for an extension of time to file a request for reconsideration of this court's February 6, 2006 order. Orders from Magistrate Judges are final if reconsideration is not sought within ten days of the order. Local Rule 72-303. Plaintiff has not adequately explained why he waited approximately one month to seek an extension of time to file a request for reconsideration. Therefore, his request for an extension of time will be denied.

/////

1   In accordance with the above, IT IS HEREBY ORDERED that:

2   1. Plaintiff's February 16, 2006 request for leave to file a supplemental complaint
3   is denied.
4   2. Plaintiff's March 10, 2006 request for an extension of time to file a request for
5   reconsideration is denied.
6   3. The Clerk of the Court is directed to administratively terminate plaintiff's
7   April 10, 2006 motion for reconsideration.
8   DATED: May 17, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

1
dave0413.sup