IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,                    No. CIV S-04-0413 MCE KJM P

   vs.

R. MCKEAN, et al.,

    Defendant.                 <u>ORDER</u>

_____/

        The parties have requested that the court set new dates for the filing of pretrial motions, the filing of pretrial statements and trial. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Discovery is closed.

        2. All pretrial motions shall be filed on or before September 29, 2006.

        3. Plaintiff shall file and serve his pretrial statement and any motions necessary to obtain the attendance of witnesses at trial on or before January 13, 2007. Defendants shall file their pretrial statement on or before January 27, 2007. The parties are advised that failure to file a pretrial statement may result in the imposition of sanctions, including dismissal of this action.

/////

/////

1

1  4. Dates for trial confirmation hearing and trial will be set, if necessary, in the
2 court's pretrial order.
3 DATED: August 29, 2006.

_____
UNITED STATES MAGISTRATE JUDGE

---

1
dave0413.41(b)