IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| MICHAEL DAVENPORT,<br><br>                                 Plaintiff,<br><br>     v.<br><br>R. MCKEAN, et al.,<br><br>                               Defendants. | 2:04-cv-0413 MCE KJM P<br><br>**ORDER GRANTING DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO FILE A DISPOSITIVE MOTION** |

       The court, having considered defendants' request for an extension of time to file a dispositive motion, and good cause having been found:

       **IT IS HEREBY ORDERED**:  Defendants shall be granted an extension of time of five court days, to and including October 6, 2006, to file a dispositive motion.

Dated: October 2, 2006.

_____
UNITED STATES MAGISTRATE JUDGE