IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

        Plaintiff,                    No. CIV S-04-0413 MCE KJM P

        vs.

R. MCKEAN, et al.,

        Defendants.             ORDER

_____/

        Plaintiff has requested an extension of time to file and serve a motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 4, 2006[1] request for an extension of time is granted; and

        2. Plaintiff is granted seven days from the date of this order in which to file and serve a motion for summary judgment.

DATED: October 10, 2006.

                                                    UNITED STATES MAGISTRATE JUDGE

1/mp
dave0413.36(3)

---

[1] The request was signed by plaintiff on September 29, 2006.