IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

        Plaintiff,                No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

        Defendants.        <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve an opposition to defendants' October 6, 2006 motion for summary judgment. Plaintiff also requests an extension of time to file a reply to defendants' opposition to plaintiff's motion for summary judgment. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's October 27, 2006 request for an extension of time is granted;

        2. Plaintiff shall file and serve an opposition to defendants' October 6, 2006 motion for summary judgment on or before December 8, 2006;

        3. Plaintiff's November 9, 2006 request for an extension of time is granted; and

/////

/////

/////

1    4.  Plaintiff is granted until November 21, 2006 to file a reply to defendants'
2    opposition to plaintiff's October 10, 2006 motion for summary judgment.
3    DATED:  November 14, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp
dave0413.36(4)