IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,               No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.          <u>ORDER</u>

_____/

        Plaintiff has filed his second request for an extension of time to file and serve an opposition to defendants' October 6, 2006 motion for summary judgment pursuant to the court's order of November 15, 2006. Good cause appearing, the request will be granted. No further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's December 8, 2006 request for an extension of time is granted; and

        2. Plaintiff shall file and serve an opposition to defendants' October 6, 2006 motion for summary judgment on or before January 4, 2007. No further extensions of time will be granted.

DATED: December 19, 2006.

_____
U.S. MAGISTRATE JUDGE

/mp; dave0413.36sec