IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,                    No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.           ORDER

_____/

    Plaintiff has requested an extension of time to file and serve objections to the court's August 1, 2007 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that plaintiff's August 20, 2007 request for an extension of time is granted. Plaintiff is granted twenty days from the date of this order in which to file objections to court's August 1, 2007 findings and recommendations. Absent extraordinary cause, no further extensions of time will be granted.

DATED: August 22, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
dave0413.36(2)