IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

        Plaintiff,               No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

        Defendants.        <u>ORDER</u>

                                   /

        Plaintiff has filed his second request for an extension of time to file and serve objections to the August 1, 2007 findings and recommendations. Good cause appearing, the request will be granted. Absent extraordinary cause, no further extensions of time will be granted.

        IT IS HEREBY ORDERED that:

        1. Plaintiff's September 12, 2007 request for an extension of time is granted; and

        2. Plaintiff shall file and serve objections to the August 1, 2007 findings and recommendations on or before September 26, 2007. No further extensions of time will be granted.

DATED: September 19, 2007.

_____
U.S. MAGISTRATE JUDGE

1/mp
dave0413.36sec(2)