IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,                        No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.              <u>ORDER</u>

_____/

        Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief under 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No. 262.

        On August 1, 2007, the magistrate judge filed findings and recommendations herein which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days. Plaintiff has filed objections to the findings and recommendations.[1]

/////

---

[1] Facts asserted by plaintiff in his objections which are not supported by affidavit or other admissible evidence are not properly before the court and will not be considered. <u>See</u> Fed. R. Civ. P 56(e).

1

1    In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 72-304, this court has conducted a <u>de novo</u> review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed August 1, 2007, are adopted in full;

2. The October 6, 2006 motion for summary judgment filed by defendants Barnett, Erlich, Sandefur, Miranda, Schirmer, Cook and Evans is granted;

3. Plaintiff's Fourteenth Amendment claims are dismissed resulting in the dismissal of defendants Barnett, Erlich, Sandefur, Miranda, Schirmer, Cook and Evans from this action;

4. Plaintiff's October 10, 2006 motion for summary judgment is denied;

5. Plaintiff is ordered to file his pretrial statement within thirty days; and

6. Defendants McKean, Eberle, Mancilla, Oschner, Speers, Braida and Lingerfelt are ordered to file their pretrial statement within fifteen days of service of plaintiff's pretrial statement.

Dated: October 19, 2007

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE