IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,                    No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.             <u>ORDER</u>

/

        In light of the document filed by plaintiff on January 31, 2008, the court's January 11, 2008 findings and recommendations are vacated. Plaintiff shall file his pretrial statement within thirty days of this order and defendants shall file their pretrial statement within fifteen days of service of plaintiff's. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed.

DATED: March 5, 2008.

_____
U.S. MAGISTRATE JUDGE

1/ke
dave0413.36(4)