IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

      Plaintiff,                    No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

      Defendants.           <u>ORDER</u>

/

        Plaintiff is a California prisoner proceeding pro se with an action for violation of civil rights under 42 U.S.C. § 1983. The court finds that plaintiff's claims have sufficient merit and that future proceedings will be complex enough to warrant the appointment of counsel. Therefore, the court will appoint counsel and set this matter for a status hearing. Both parties shall appear by counsel at the status hearing and be prepared to discuss how this matter should proceed.

        Accordingly, IT IS HEREBY ORDERED that:

        1. Michael Vinding is appointed as attorney for plaintiff.

        2. This matter is set for a status hearing on November 12, 2008 at 10:00 a.m. before the undersigned in Courtroom #26. Both parties shall appear by counsel at the status conference and shall be prepared to discuss how this matter should proceed.

1

3. The Clerk of the Court is directed to serve a copy of this order upon Michael Vinding, Scharff Brady and Vinding, 400 Capitol Mall, Suite 2640, Sacramento, CA, 95814.

DATED: October 17, 2008.

_____
U.S. MAGISTRATE JUDGE

1
dave0413.31(b)