IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

      Plaintiff,                        No. CIV S-04-0413 MCE KJM P

      vs.

R. MCKEAN, et al.,

      Defendants.                <u>ORDER</u>

_____/

         A status conference was held in this matter on January 21, 2009. Anthony Musante of Seyfarth Shaw appeared on behalf of plaintiff. Deputy Attorney General Constance Picciano and Deputy Attorney General Ken Williams appeared on behalf of defendants. Pursuant to the discussion at the status conference, THE COURT ORDERED as follows:

         1. Any motion for the reopening of discovery by plaintiff shall be filed within four weeks;

         2. If no motion to reopen discovery is filed, plaintiff shall file his amended pretrial statement within six weeks. Defendants shall file their amended pretrial statement within

/////

/////

/////

1

1 two weeks of service of plaintiff's statement. Defendants may also elect to stand on the pretrial
2 statement already on file by so informing the court.
3 DATED: January 22, 2009.

_____
U.S. MAGISTRATE JUDGE

---
1
dave0413.aho