IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

    Plaintiff,                      No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.                  ORDER

_____/

        Plaintiff is a state prisoner proceeding with a an action for violation of civil rights under 42 U.S.C. § 1983. On February 13, 2009, plaintiff filed a motion for leave to conduct more discovery. Oral argument was heard with respect to the motion on March 18, 2009. Anthony Musante appeared for plaintiff; Megan O'Carroll and Jessica Devencenzi appeared for defendants. In light of the record before the court, the arguments of counsel and good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's request for leave to depose defendant McKean is granted. The deposition shall occur within thirty days and shall last no more than four hours. Defendant shall not be required to travel outside his home town for the deposition and the deposition may be taken by telephonic conference or video conference.

/////

1

2. Counsel for plaintiff shall be permitted to inspect the California Department of Corrections and Rehabilitation personnel files for defendants McKean and Braida within fifteen days. Counsel for defendants may redact home addresses, telephone numbers and social security numbers from the documents if counsel so chooses. Counsel for defendants may also submit a protective order to the court before producing the personnel files, which protective order may limit access to the information contained in the personnel files (redacted or note) to plaintiff's counsel and require that a party obtain a court order prior to revealing any of the information to any other person or entity.

3. Counsel for plaintiff is granted leave to subpoena former defendant S. Cook to answer no more than ten interrogatories with respect to whether defendant McKean was aware that it was the policy of High Desert State Prison at the relevant period of time to allow wheelchair-using inmates to enter the dining hall through the exit. The subpoena shall be served no later than fifteen days from the date of this order.[1]

4. No later than forty-five days from the date of this order, plaintiff shall provide the court with a status report regarding whether discovery has been completed.

5. The Clerk of the Court is directed to terminate plaintiff's February 13, 2009 motion for discovery (#116).

DATED: March 20, 2009.

U.S. MAGISTRATE JUDGE

1
dave0413.aho

---

[1] The court has reviewed the interrogatories already answered by S. Cook, found between pages 20 and 25 of Exhibit A to the declaration of plaintiff's counsel submitted February 13, 2009. It does not appear that the topic identified above has been fully covered by the previous interrogatories. Counsel for plaintiff also seeks leave to propound additional interrogatories on defendant Braida concerning why Braida struck plaintiff during the events at issue. Such leave is not granted here, as it appears Braida has already responded to equivalent questions. See February 13, 2009 Decl. of Anthony Musante, Ex. A at 97-102.