SEYFARTH SHAW LLP
Anthony J. Musante (SBN 252097)
400 Capitol Mall, Suite 2350
Sacramento, California 95814-4428
Telephone: (916) 448-0159
Facsimile: (916) 558-4839
Email: amusante@seyfarth.com

Attorneys for Plaintiff
MICHAEL DAVENPORT

EDMUND G. BROWN JR.
Attorney General of the State of California
DAVID S. CHANEY
Chief Assistant Attorney General
FRANCES T. GRUNDER
Senior Assistant Attorney General
VICKIE WHITNEY
Supervising Deputy Attorney General
MEGAN R. O'CARROLL, State Bar No. 215479
Deputy Attorney General
1300 I Street, Suite 125
P.O. Box 944255
Sacramento, CA 94244-2550
Telephone: (916) 322-6453
Fax: (916) 324-5205
Email: Megan.OCarroll@doj.ca.gov

Attorneys for Defendants Braida, Eberle, Lingerfelt,
Mancilla, McKean, Oschner, and Speers

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL DAVENPORT, <br><br> Plaintiff, <br><br> v. <br><br> R. MCKEAN, et al., <br><br> Defendants. | Case No. CIV S-04-0413 MCE KJM P <br><br> **JOINT STIPULATION AND ORDER EXTENDING DISCOVERY TIMELINES** <br><br> Dept: 26 <br> Judge: Hon. Kimberly J. Mueller |

The parties seek leave to stay the Court's deadlines in order to conduct settlement negotiations. Therefore, the parties, through their counsel, stipulate to the following scheduling modifications to the Court's March 20, 2009 Order reopening discovery.

---

JOINT STIPULATION AND ORDER RE: DISCOVERY TIMELINES

SC1 17102397.1

The March 20, 2009 Order specified that the deposition of defendant McKean occur within thirty days of issuance of the Order. In addition, the Order required counsel for plaintiff to inspect the personnel files of defendants McKean and Braida and serve a subpoena with ten interrogatories on former defendant S. Cook within fifteen days of issuance of the Order.

The parties, understanding that pre-discovery settlement and disposition is possible, but seeking to keep pre-trial discovery open if a settlement cannot be reached, hereby stipulate to extend the reopening of discovery 90 days.

DATED: March 31, 2009                           SEYFARTH SHAW LLP


                                                By _____/s/ Anthony J. Musante
                                                      Anthony J. Musante
                                                Attorneys for Plaintiff
                                                MICHAEL DAVENPORT
DATED: March 31, 2009                           ATTORNEY GENERAL FOR THE
                                                STATE OF CALIFORNIA


                                                By _____/s/ Megan O'Carroll
                                                      Megan O'Carroll
                                                Attorneys for Defendants Braida, Eberle,
                                                Lingerfelt, Mancilla, McKean, Oschner, and
                                                Speers

2
JOINT STIPULATION AND ORDER RE: DISCOVERY TIMELINES
SC1 17102397.1

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| MICHAEL DAVENPORT, | ) | Case No. CIV S-04-0413 MCE KJM P |
| Plaintiff, | ) | **ORDER EXTENDING DISCOVERY TIMELINES** |
| v. | ) | |
| R. MCKEAN, et al., | ) | Judge: Hon. Kimberly J. Mueller |
| Defendants. | ) | |

It is so ordered, each of the discovery deadlines specified in the March 20, 2009 Order shall be extended to 90 days of entry of this Order.

IT IS SO ORDERED.

DATED: April 2, 2009.

_____
U.S. MAGISTRATE JUDGE

JOINT STIPULATION AND ORDER RE: DISCOVERY TIMELINES

SC1 17102397.1