1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                   FOR THE EASTERN DISTRICT OF CALIFORNIA

10   MICHAEL DAVENPORT,

11          Plaintiff,                    No. CIV S-04-0413 MCE KJM P

12       vs.

13   R. MCKEAN, et al.,

14          Defendant.                    ORDER

15   _____/

16          Defendants have requested that the court order a settlement conference.  Good

17   cause appearing, IT IS HEREBY ORDERED that:

18          1.  This matter is set for settlement conference before the Honorable Dale A.

19   Drozd on September 3, 2009 at 10:00 a.m.  The parties shall submit settlement conference

20   statements to dadorders@caed.uscourts.gov no later than one week prior to the settlement

21   conference.

22          2.  Counsel shall appear at the settlement conference as shall plaintiff and a

23   representative from the California Department of Corrections and Rehabilitations with the

24   authority to enter into a settlement.

25   /////

26   /////

1

1          3.  The Clerk of the Court shall serve a copy of this order on Magistrate Judge

2    Dale A. Drozd.

3    DATED:  July 22, 2009.

4    _____
     U.S. MAGISTRATE JUDGE
5

6    1
     dave0413.set
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

2