IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL DAVENPORT,

      Plaintiff,                        No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

      Defendants.              ORDER

/

        Plaintiff, whose prior counsel's motion to withdraw has been granted, has requested the appointment of counsel. The United States Supreme Court has ruled that district courts lack authority to require counsel to represent indigent prisoners in § 1983 cases. <u>Mallard v. United States Dist. Court</u>, 490 U.S. 296, 298 (1989). In certain exceptional circumstances, the court may request the voluntary assistance of counsel pursuant to 28 U.S.C. § 1915(e)(1). <u>Terrell v. Brewer</u>, 935 F.2d 1015, 1017 (9th Cir. 1991); <u>Wood v. Housewright</u>, 900 F.2d 1332, 1335-36 (9th Cir. 1990). In the present case, the court no longer finds the required exceptional circumstances. Plaintiff's request for the appointment of counsel will therefore be denied.

        Also, the court notes that at the last status conference, counsel for defendants indicated she would be withdrawing and new counsel would appear. As soon as new counsel appears, the court will reinstate deadlines for the discovery ordered on March 23, 2009.

1

1    Accordingly, IT IS HEREBY ORDERED that plaintiff's request for the
2 appointment of counsel is denied.
3 DATED: October 29, 2009.

_____
U.S. MAGISTRATE JUDGE

1
dave0413.31