**WILLIAMS & ASSOCIATES**
1250 Sutterville Road, Ste. 290
Sacramento, CA  95822
(916) 456-1122
(916) 737-1126 (fax)

Kathleen J. Williams, CSB #127021

Attorneys for defendant
R. McKEAN

**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MICHAEL DAVENPORT,            ) | CASE NO: 2:04-CV-0413 MCE KJM |
| )  Plaintiff,            ) | **SUBSTITUTION OF ATTORNEYS FOR DEFENDANT R. McKEAN** |
| v.            ) | |
| R. McKEAN, et al.,            ) | |
| )  Defendants.            ) | |

///
///
///
///
///
///
///

*Davenport v. McKean* [2:04-CV-0413 MCE KJM]Substitution of Attorneys for Defendant McKean            Page 1

1  Defendant R. McKEAN hereby substitutes the following counsel in place and in
2  stead of the Attorney General's Office:

3  Kathleen J. Williams, CSB #127021
   WILLIAMS & ASSOCIATES
4  1250 Sutterville Road, Suite 290
   Sacramento, CA 95822
5  (916) 456-1122
   (916) 737-1126 (fax)
6

7  All counsel in this matter are requested to direct all communications to the
8  above-referenced address beginning immediately.
9  I consent to this substitution.

10 Dated: October 27, 2009          ATTORNEY GENERAL OF THE STATE
                                    OF CALIFORNIA
11

12                                  By:/s/ "Megan O'Carroll" (original signature retained by counsel)
                                    Megan O'Carroll, Deputy Attorney General
13                                  Attorney for defendant R. McKEAN

14

15 I consent to this substitution.

16
   Dated: October 27, 2009     By: /s/ "Robert McKeon" (original signature retained by counsel)
17                                  R. McKEAN

18
   I accept this substitution.
19

20 Dated: November 1, 2009          WILLIAMS & ASSOCIATES

21

22                                  By: /s/ Kathleen J. Williams
                                    Kathleen J. Williams, CSB #127021
23

24 **IT IS SO ORDERED.**

25 Dated:  November 17, 2009.

26                                  _____
                                    U.S. MAGISTRATE JUDGE
27

28 *Davenport v. McKean* [2:04-CV-0413 MCE KJM]Substitution of Attorneys for Defendant McKean     Page 2