1  MARK H. HARRIS, CA State Bar No. 133578
   LAW OFFICES OF MARK H. HARRIS
2  2207 J Street
   Sacramento, California 95816
3  Telephone:  (916) 442-6155
   Facsimile:  (916) 444-5921
4
   Attorneys for Defendant
5  A. BRAIDA

8                    UNITED STATES DISTRICT COURT

9                    EASTERN DISTRICT OF CALIFORNIA

12  MICHAEL DAVENPORT,           )    CIV S-04-0413 MCE KJM P
                                 )
13          Plaintiff,           )
                                 )    **SUBSTITUTION OF ATTORNEY**
                                 )    **AND ORDER**
14                               )
    R. MCKEAN, et al.            )
15                               )
            Defendants.          )
16  _____)

19     Defendant A. Braida hereby substitutes Mark H. Harris of the Law Offices of Mark

20  H. Harris as attorney of record for Defendant K. Baughman in the above-entitled action in

21  the place and stead of Megan O'Carroll, Deputy Attorney General.

22     The new address of record is Law Offices of Mark H. Harris, 2207 J Street,

23  Sacramento, California 95816; Telephone: (916) 442-6155; Facsimile: (916) 444-5921.

26  Dated: November 25, 2009              /s/ A. Braida
                                          A. BRAIDA

-1-

**SUBSTITUTION OF ATTORNEY AND ORDER**

1  The undersigned consents to the above substitution of attorneys.

2

3  Dated: December 3, 2009                    CALIFORNIA ATTORNEY GENERAL

4

5                                             By:   /s/ Megan O'Carroll
                                                   MEGAN O'CARROLL,
6                                                  Deputy Attorney General

7  The undersigned accepts the above substitution.

8

9  Dated: December 3, 2009                    LAW OFFICES OF MARK H. HARRIS

10

11                                            By:   /s/ Mark H. Harris
                                                   MARK H. HARRIS

12 **IT IS SO ORDERED:**

13 Dated: December 8, 2009.

14                                             _____
                                               U.S. MAGISTRATE JUDGE

**SUBSTITUTION OF ATTORNEY AND ORDER**