IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

MICHAEL B. DAVENPORT,

    Plaintiff,                         No. CIV S-04-0413 MCE KJM P

    vs.

R. MCKEAN, et al.,

    Defendants.                  ORDER

_____/

        On January 14, 2010, the court issued its pretrial order and set this case for trial on February 22, 2010. Defendants object to the trial date. The court has reviewed the entire record in this matter, as well as the record in Marshall v. Castro, CIV S-04-1657 AK P, in which defense counsel in this case also serves as defense counsel. The court notes that the trial originally scheduled to begin February 22 in Marshall has now been continued until October 2010. Although two substitutions of counsel in this case were approved recently, the experienced counsel thereby substituted into the case for certain defendants was substituted in representing other defendants more than two months ago. While the other defense counsel, representing defendant Braida, indicates he has depositions "throughout the month of February," he has not provided specific dates indicating he is unavailable for the three-day trial

/////

1  contemplated here.  Considering the record as a whole, the court does not find good cause to
2  continue trial in this matter which has been pending for nearly six years.  The objection to the
3  pretrial order filed by defendants on January 19, 2009 is overruled.
4  DATED: January 27, 2010.

_____
U.S. MAGISTRATE JUDGE

1 dave0413.mct