IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL B. DAVENPORT, | No. 2:04-cv-00413-MCE-JFM-P |
| Plaintiff, | |
| v. | ORDER TO SHOW CAUSE |
| R. MCKEAN, et al., | |
| Defendants. | |
| _____/ | |

In the January 14, 2010 pretrial order, plaintiff was ordered to file a trial brief, as described by Local Rule 285 (former Local Rule 16-285), no later than ten days before trial. Trial is scheduled to begin on February 22, 2010 and plaintiff has not filed his trial brief. Good cause appearing, IT IS HEREBY ORDERED that plaintiff show cause on February 22, 2010 why this case should not be dismissed under Federal Rule of Civil Procedure 41(b) for failing to follow court orders.

Dated: February 18, 2010

_____
MORRISON C. ENGLAND, JR.
UNITED STATES DISTRICT JUDGE